Matter of Goodman (2024 NY Slip Op 05100)

Matter of Goodman

2024 NY Slip Op 05100

Decided on October 16, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 16, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
MARK C. DILLON
COLLEEN D. DUFFY
BETSY BARROS
FRANCESCA E. CONNOLLY, JJ.

2015-07011 ON MOTION

[*1]In the Matter of William D. Goodman, admitted as William David Goodman, a suspended attorney. (Attorney Registration No. 3863339)

DECISION & ORDER
Motion by William D. Goodman for reinstatement to the Bar as an attorney and counselor-at-law. Goodman was admitted to the Bar in the State of New York at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on February 8, 1984, under the name William David Goodman. By opinion and order of this Court dated September 13, 2017, Goodman was suspended from the practice of law for a period of one year, commencing October 13, 2017 (see Matter of Goodman, 154 AD3d 129). By decision and order on motion dated February 1, 2021, Goodman's motion for reinstatement was held in abeyance, and the matter was referred to a Committee on Character and Fitness to investigate and report on his character and fitness to practice law.
Upon the papers filed in support of the motion and the papers filed in relation thereto, and upon the report of the Committee on Character and Fitness and the exhibits annexed thereto, it is
ORDERED that the motion is granted; and it is further,
ORDERED that, effective immediately, William D. Goodman, admitted as William David Goodman, is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of William David Goodman to the roll of attorneys and counselors-at-law.
LASALLE, P.J., DILLON, DUFFY, BARROS, and CONNOLLY, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court